**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ayomide Oluwadamilare Idowu

Plaintiff,

v.

Case No.: 1:26−cv−11558
Honorable Sunil R. Harjani

Samuel Olsen

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in today's Memorandum Opinion and Order, the Court grants Idowu's habeas petition [1] only as to Idowu's substantive and procedural due process claim regarding her detention. The Court hereby orders that: 1) Respondents immediately release Idowu from custody, without any restrictions on her liberty, within 24 hours of the issuance of this Order; 2) Prior to Idowu's release, Respondents must first notify Idowu's counsel, within two hours of her impending release, and include the location of her release and approximate release time, so that Idowu's counsel can arrange transportation; 3) No later than October 29, 2026 by 5:00 p.m., Respondents shall certify compliance with this Court's order; and 4) Respondents shall not re−detain Idowu without prior notice and authorization from this Court based on the same grounds asserted before this Court, and absent a new and independently lawful custody decision properly executed under the law. In−person status hearing set for 11/24/26 at 9:30 a.m. to discuss the remainder of the issues raised in the habeas petition. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.